JUDGE COTE

**07 CIV 8634**

John Eric Olson (JO#4394)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, NY 10006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCT 05 2007
U.S.D.C. S.D.N.Y.
CASHIERS

------------------------------x

RLI INSURANCE COMPANY,

        Plaintiff,

- against -

ROADWAY EXPRESS INC.,

        Defendant.

------------------------------x

Index No.:

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff RLI Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held:

        PLEASE SEE ATTACHED.

DATE: October 5, 2007

_____
John Eric Olson (JO#4394)



To send this page by E-mail: select File -> Send -> Page By E-mail

Close this window

- **RLI Corp.** - Peoria, IL
    - RLI Atlanta - P/C (Subsidiary) - Atlanta, GA
    - **RLI Insurance Company** (Subsidiary) - Peoria, IL
        - Mt. Hawley Insurance Company (Division) - Peoria, IL
        - RLI & Hawaii Product Lines (Division) - Honolulu, HI
        - RLI Insurance Co. (Division) - Boston, MA
        - RLI Chicago Regional Office (Division) - Chicago, IL
        - RLI Los Angeles Regional Office (Division) - Los Angeles, CA
        - RLI Northern California Regional Office (Division) - Oakland, CA
        - RLI Southeast Regional Office (Division) - Alpharetta, GA
        - RLI Special Risk (Division) - Glastonbury, CT