John Eric Olson (JO#4394)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, NY 10006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

RLI INSURANCE COMPANY,

        Plaintiff,

- against -

ROADWAY EXPRESS INC.,

        Defendant.

------------------------------------------------x

Index No.:
07 Civ. 8634 (DLC)

**STIPULATION OF DISCONTINUANCE**

    **PLEASE TAKE NOTICE** that defendants not having answered, appeared or otherwise moved that pursuant to Rule 41 of the Federal Rules of Civil Procedure that plaintiff, RLI Insurance Company, by its attorneys, Hill Rivkins & Hayden LLP, hereby dismisses the captioned action without prejudice.

Dated: New York, New York
       October 17, 2007

                                            HILL RIVKINS & HAYDEN LLP
                                            Attorneys for Plaintiff

                                            By: _____
                                                 John Eric Olson (JO#4394)

                                            45 Broadway, Suite 1500
                                            New York, NY 10006-3739

SO ORDERED:

_____
United States District Judge
      10/30/07

1